AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| LUXOTTICA GROUP S.p.A., an Italian corporation,<br><br>*Plaintiff(s)*<br><br>v.<br><br>BK DEALS, LLC, a Florida limited liability company, and MENACHEM KORF, individuall<br><br>*Defendant(s)* | Civil Action No. 1:23-cv-21792-KMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BK Deals LLC
c/o Menachem Korf, Registered Agent
20427 NW 9th Ave
Miami Gardens, FL 33169

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David B. Rosemberg
Rosemberg Law
20200 West Dixie Highway, Suite 602
Aventura, FL 33180

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 05/15/2023

Angela E. Noble
Clerk of Court

s/ Nadhege Augustin
Deputy Clerk
U.S. District Courts